UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CAROLYN B. CANADY** | **CIVIL ACTION NO. 13-0923** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CADDO PARISH SHERIFF STEVE PRATOR, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in this Court's Ruling,

IT IS ORDERED that Defendants' Motion to Strike [Doc. No. 38] is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment [Doc. No. 30] is GRANTED IN PART AND DENIED IN PART.  The motion is DENIED to the extent it seeks dismissal of Plaintiff's § 1983 claims for excessive force against Deputies Benevage and McDonnell in their individual capacities.  The motion is also DENIED to the extent it seeks dismissal of Plaintiff's § 1983 official capacity and his state law vicarious liability claims of excessive force against Sheriff Prator. The motion is otherwise GRANTED.  Plaintiff's § 1983 claims for unlawful arrest and retaliatory arrest, his § 1983 official capacity claims of excessive force against Deputies Benevage and McDonnell, and his state law vicarious liability claim against Sheriff Prator for unlawful arrest are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 6th day of February, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE